**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ~~12/14/2020~~

-----------------------------------------------------------X

**Howard**,

       Petitioner,

       - against -

**Petrucci,**

       Respondent.

-----------------------------------------------------------X

19 Civ. 06645(ALC)

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 12, 2019, Respondents filed an Opposition to Petitioner Howard's Habeas Petition. ECF No. 8. Respondent is ORDERED to file proof of service by December 23, 2020.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge